IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL M. MELE | : | CIVIL ACTION |
| *d/b/a Stanton Sales* | : | |
| | : | |
| v. | : | No. 09-0174 |
| | : | |
| TSE SYSTEMS, GMBH, et al. | : | |

## **ORDER**

AND NOW, this 27th day of May, 2010, it is ORDERED Defendant TSE Systems, Inc.'s Motion for Summary Judgment (Document 44) is GRANTED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.