IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| SAMUEL M. MELE | : | CIVIL ACTION |
| *d/b/a Stanton Sales* | : | |
| | : | |
| v. | : | No. 09-174 |
| | : | |
| TSE SYSTEMS, GMBH, et al. | : | |

## <u>ORDER</u>

AND NOW, this 5th day of August, 2010, it is ORDERED Defendant TSE Systems,

GmbH's Motion for Summary Judgment (Document 43) is GRANTED.

The Clerk of Court is DIRECTED to mark this case as CLOSED.



BY THE COURT:



 /s/ Juan R. Sánchez
Juan R. Sánchez, J.